**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHALENE PETICCA, | : | Civil No. 1:23-CV-02158 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE ROMAN CATHOLIC DIOCESE | : | |
| OF HARRISBURG, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of March, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT** Defendant's motion for summary judgment, Doc. 24, is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's motion for summary judgment, Doc. 24, is **GRANTED** as to the breach of contract and Pennsylvania Wage Payment and Collection Law claims raised in Counts IV and V of Plaintiff's complaint. Judgment shall be entered in favor of Defendant on those claims at the conclusion of this case.

2. The motion for summary judgment is **DENIED** as to Plaintiff's Fair Labor Standard Act, Pennsylvania Minimum Wage Act, and Family Medical Leave Act Retaliation Claims, raised in Counts I, II, and III of Plaintiff's complaint.

3. A telephonic status conference shall be held on **April 22, 2026 at 11:30 a.m.**  The parties shall call-in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#.

          s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania